# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130746 & (22)

LESLIE ANN LONDON TRUST,
      Plaintiff-Appellee,

V

EDWARD JARZEMBOWSKI and
CHRISTINE JARZEMBOWSKI,
      Defendants-Appellants.
_____

SC:    130746
CoA:  264908
Oakland CC: 05-8234-AV

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered, and IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2006

_____
Clerk